| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
ROY WEBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-po-00035-JDP |
|---|---|
| Plaintiff, | **MOTION TO VACATE JUNE 19, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| ROY WEBER, | |
| Defendant. | |

Defendant Roy Weber hereby requests that the Court vacate the June 19, 2018 review hearing.  The Government is in agreement with the request.

On July 25, 2017, the Court sentenced Mr. Weber to 12 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law.  The Court also ordered Mr. Weber to pay a $250.00 fine.

Mr. Weber has paid off his fine and has had no new violations of law.  Accordingly, the parties request that the Court vacate the June 19, 2018 review hearing.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 12, 2018                    */s/ Hope Alley*
                                       HOPE ALLEY
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ROY WEBER

# **O R D E R**

Pursuant to the parties' request, the court vacates the June 19, 2018 review hearing for Case No. 6:17-po-00035.

IT IS SO ORDERED.

Dated:  June 13, 2018                  /s/ *Jeremy D. Peterson*
                                       UNITED STATES MAGISTRATE JUDGE